# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ALFREDO ADOLFO IBARRA-VIDAL (1), et al.<br><br>　　　　　　Defendants. | Case No.  21-CR-2546-GPC<br><br>**ORDER CONTINUING MOTION HEARING / TRIAL SETTING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>**[ECF No. 434]** |

　　The parties having jointly moved to continue the motion hearing/trial setting set for June 17, 2022, at 2:00 p.m. and to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7) and 18 U.S.C. § 3161(h)(8). For reasons stated in the joint motion, incorporated by reference herein, and good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, IT IS ORDERED that the joint motion is granted. The motion hearing/trial setting shall be continued from **June 27, 2022**, to **October 31, 2022, at 2:00 p.m.** Acknowledgments from each defendant confirming the next court date shall be filed by October 17, 2022.

//

//

1       IT IS FURTHER ORDERED that the time between the filing of the joint motion until October 31, 2022, be deemed excludable time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7) and 3161(h)(8), in addition to any time excludable, pursuant to 18 U.S.C. § 3161(h)(1)(F), resulting from pretrial motions already filed.

**IT IS SO ORDERED.**

Dated:  June 21, 2022

_____
Hon. Gonzalo P. Curiel
United States District Judge